UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23078-CIV-ALTONAGA/Goodman

JEAN NOEL,

    Plaintiff,
vs.

SDH SERVICES WEST, LLC, *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 3, 2017, the Court entered an Order [ECF No. 17] requiring the parties to file certificates of interested parties and corporate disclosure statements by October 30, 2017. Defendant, SDH Services West, LLC, has failed to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that SDH shall comply with the Order by **November 2, 2017**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2017.

                                        **CECILIA M. ALTONAGA**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record